FILED

MAY 30 2019

Clerk, U.S. Courts
District Of Montana
Missoula Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 18–08–BU–DLC |
| Plaintiffs, | |
| vs. | ORDER |
| GIOVANNI RASHAD LLOYD, | |
| Defendant. | |

Before the Court is the United States' Unopposed Motion for Witnesses to Appear via Video (Doc. 96).

IT IS ORDERED that the motion (Doc. 96) is GRANTED. Witnesses may testify via video at the June 6, 2019 sentencing hearing. The United States shall coordinate with the Court's IT staff to ensure a working video connection.

Dated this 30th day of May, 2019.

Dana L. Christensen, Chief Judge
United States District Court

-1-