IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

FILED
MAY 30 2019
Clerk, U.S Courts
District Of Montana
Missoula Division

| UNITED STATES OF AMERICA, | CR 18–08–BU–DLC |
|---|---|
| Plaintiffs, | |
| vs. | ORDER |
| GIOVANNI RASHAD LLOYD, | |
| Defendant. | |

Before the Court is Defendant Giovanni Rashad Lloyd's Unopposed Motion for Leave to File Additional Sentencing Letters. (Doc. 97.)

IT IS ORDERED that the motion (Doc. 97) is GRANTED. Lloyd may file three additional sentencing letters.

Dated this 30th day of May, 2019.

Dana L. Christensen, Chief Judge
United States District Court

-1-